# United States Court of Appeals for the Fifth Circuit

———————————

**No. 23-50394**
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

January 18, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Faustino Alvarez Mendoza,

*Defendant—Appellant.*

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-279-3

———————————————————————

Before Jolly, Higginson, and Duncan, *Circuit Judges.*

Per Curiam:*

The attorney appointed to represent Faustino Alvarez Mendoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Alvarez Mendoza has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50394

therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.